# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MILAN KNOX | ) | |
| | ) | |
| Plaintiff | ) | 1:18-cv-00723 |
| | ) | Judge Gary Feinerman |
| v. | ) | Magistrate Judge Jeffrey Cole |
| | ) | |
| DET. TONY CURTIS; | ) | |
| JACLYN M. LENTING | ) | |
| | ) | |
| Defendants | ) | |

## MOTION TO DISMISS

Defendant JACLYN M. LENTING ("Lenting") by and through its undersigned counsel, moves to dismiss the Plaintiff's Complaint for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6):

## THE FACTS

The Complaint apparently seeks damages from Lenting for her alleged perjury under 18 USC 1621.

## STANDARD OF REVIEW

The well-pleaded factual allegations in the complaint are taken as true for the purpose of a motion to dismiss for failure to state a claim. *Conley v. Gibson*, 355 U.S. 41, 45-46, 78 S.Ct. 99, 101-02, 2 L.Ed.2d 80 (1957). A motion to dismiss under Fed. R. Civ. P. 12(b)(6) is properly filed where a plaintiff's complaint is unintelligible. *Epos Tech.*, 636 F. Supp.2d 57, 63 (D.D.C. 2009) (quoting *Bell Atlantic v. Twombly*, 550 U.S. 544, 555 (2007)).

## ARGUMENT

Plaintiff's Complaint against Lenting should be dismissed for two reasons:

(1) The Complaint in unintelligible and fails to articulate a coherent and identifiable claim against Lenting. Rather, without the hint of a substantive description of a claim against Lenting in the body of the Complaint, Plaintiff merely asserts in the prayer for relief "the same as well to Jaclyn M. Lenting perjury testimony, and being untruthful". Nowhere does Plaintiff intelligibly set out a claim against Lenting for which relief can be granted.

(2) Plaintiff purports to bring his claim against Lenting under 18 USC 1621. Plaintiff does not have standing to bring a claim of perjury under 18 USC 1621, which is a criminal statute. Plaintiff, as a private individual, does not have the authority or standing to prosecute a charge of perjury against Lenting. As such, Plaintiff has failed to state a claim for which relief can be granted.

## **CONCLUSION**

Based on the foregoing, Defendant Jaclyn M. Lenting requests that Plaintiff's Complaint against her be dismissed pursuant to Fed. R. Civ. P. 12(b)(6).

Respectfully submitted,

s/Stephen E. Vander Woude

Stephen E. Vander Woude
ARDC 6287591
Lanting Paarlberg & Associates, Ltd.
938 W. US 30
Schererville, IN 46375
219-864-1700
svanderwoude@lantinglaw.com