USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: MILAN KNOX | COURT CASE NUMBER: No. 18-CV-00723 |
| DEFENDANT: Jaclyn M. Lenting | TYPE OF PROCESS: ~~USM-285 Summonses~~ Waiver |

Stamp: 2018 FEB 12 AM 10:48

SERVE AT:
NAME OF INDIVIDUAL, COMPANY, CORPORATION ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Jaclyn M. Lenting
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 6626 W 129th Ave Cedar Lake, IN 46303

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Milan Knox
22227 Brookwood Dr
Sauk Village IL 60411

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Jaclyn M. Lenting  Phone No. (708) 798-9353 or (708) 798-1825

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Milan Knox
TELEPHONE NUMBER: (708) 986-9513
DATE: 2/06/2018

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 2/2 | No. 24 | No. 24 | PTD | 02/20/18 |

I hereby certify and return that I ☐ have personally served ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):

FILED MAR 09 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 03/07/18   Time: 300 ☒ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | — | — | 65.00 | | |

REMARKS: 02/20/18 mailed Cert mail, 02/26 contacted via phone, called office 03/07/18 per attorney, Waiver of Service Accepted

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev. 12/80

RECEIVED

FEB 12 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT